IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08MJ171 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | TO DISMISS COMPLAINT |
| **(3) CARLOS LNU** | ) | |

Leave of Court is hereby granted for the dismissal of the criminal Complaint (as it relates to **(3) CARLOS LNU** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**SO ORDERED.**

Signed: July 13, 2011

David S. Cayer
United States Magistrate Judge